IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**LAWRENCE SHARPE**,
individually and on behalf of
all those similarly situated,

              Plaintiff,

    v.

**STAR PROTECTION AND PATROL LLC**,

              Defendant.

Case No: 22-cv-188

---

### ORDER

Following a successful mediation before Magistrate Judge Andrew Wiseman, plaintiff Lawrence Sharpe filed an unopposed motion for preliminary approval of a proposed settlement agreement on February 3, 2023, resolving wage and hour claims against Defendant Star Protection and Patrol LLC.  After reviewing the terms of the proposed settlement agreement, the court finds that the agreement constitutes a fair, reasonable, and adequate compromise of this dispute.  The court also finds that conditional certification of the proposed classes is appropriate for the reasons stated in Sharpe's supporting brief.  Accordingly, the court will grant Sharpe's motion preliminarily approve the parties' settlement agreement and set a final fairness hearing.

Specifically, the court certifies the following collective and classes for the purpose of settlement pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 23:

> **FLSA Collective**: All persons who: (1) have been or are employed by Star Protection and Patrol LLC, and who were classified as non-exempt from overtime wages, at any time during the three years preceding the filing of this lawsuit; and (2) had a portion of their hourly rate of pay designated as a "uniform allowance" that Star Protection and Patrol LLC failed to include in their regular rates of pay when calculating their overtime pay rates.
>
> **Wisconsin Unpaid Overtime Wage Class:** All persons who: (1) have been or are employed by Star Protection and Patrol LLC, and who were classified as non-exempt from overtime wages, at any time during the two years preceding the filing of this lawsuit; and (2) had a portion of their hourly rate of pay designated as a "uniform allowance" that Star Protection and Patrol LLC failed to include in their regular rates of pay when calculating their overtime pay rates.
>
> **Wisconsin Unpaid Uniform Allowance Class**: All persons who: (1) have been or are employed by Star Protection and Patrol LLC at any time during the two years preceding the filing of this lawsuit; and (2) had a portion of their hourly rate of pay designated as a "uniform allowance" that Star Protection and Patrol LLC failed to pay in one or more paychecks.

The court is further satisfied that Sharpe and his counsel, Hawks Quindel, S.C., will adequately represent the interests of the class. Accordingly, the court appoints Sharpe as class representative and appoints Hawks Quindel, S.C., as class counsel under Rule 23(g).

Finally, subject to the modifications attached this this order, the court finds that the parties' proposed notice to the classes constitutes the best notice practicable under the circumstances. Accordingly, the court directs class counsel to send the revised notice to all class members via first-class U.S. mail and electronic mail within 14 days of this order.

While collective members will only have their FLSA claims bound to the settlement if they affirmatively consented, class members who wish to be excluded from the proposed settlement agreement or object to the settlement must request exclusion or file their objections in accordance with the instructions contained in the notice within 45 days of the mailing of the notice. If the court grants final approval to the agreement, any consenting collective member and class member who does not properly and timely request exclusion shall be bound by the agreement, regardless of whether such person cashes his or her settlement check.

ORDER

IT IS ORDERED that:

(1) plaintiff's unopposed motion for preliminary approval is GRANTED;

(2) the remainder of the schedule is STRUCK;

(3) the court shall hold a fairness hearing on May 12, 2023, at 1:00 p.m.; and

(4) no later than 21 days prior to the fairness hearing, Sharpe shall submit a motion for final approval of the proposed settlement agreement, and class counsel shall submit a motion for attorney fees, costs, and expenses.

Entered this 6th day of February, 2023.

> BY THE COURT:
>
> /s/
> _____
> WILLIAM M. CONLEY
> District Judge