IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**LAWRENCE SHARPE**,
individually and on behalf of
all those similarly situated,

        Plaintiff,

        Case No: 22-cv-188

  v.

**STAR PROTECTION AND PATROL LLC**,

        Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons given in his supporting brief, Plaintiff, Lawrence Sharpe, on behalf of himself and of the certified collective and classes, asks the Court to grant full and final approval to the parties' proposed settlement agreement. Specifically, Sharpe asks the Court to:

- Approve the agreement as fair, reasonable, and adequate.

- Declare the agreement to be binding on Star Protection and Patrol LLC, Sharpe, and the members of the Final Classes.

- Dismiss with prejudice the released claims of the Final Classes.

- Dismiss without prejudice the claims of the members of the FLSA Collective Class who have failed to consent to opt in to the agreement.

- Award Sharpe a $500.00 service award.

- Award class counsel $11,333.33 in attorney fees and $1,000.00 in litigation and settlement administration costs and expenses.

- Incorporate the agreement into the Court's judgment for the purpose of retaining jurisdiction to enforce the agreement.

Defendant, Star Protection and Patrol LLC, does not oppose this motion. Sharpe has filed a proposed order for the Court's consideration.

Dated this 21st day of April, 2023.

> HAWKS QUINDEL, S.C.
> *Attorneys for the Plaintiff*
>
> By: */s/David C. Zoeller*
> David C. Zoeller, State Bar No. 1052017
> Email: dzoeller@hq-law.com
> Aaron J. Bibb, State Bar No. 1104662
> Email: abibb@hq-law.com
> Post Office Box 2155
> Madison, Wisconsin 53701-2155
> Telephone: (608) 257-0040
> Facsimile: (608) 256-0236