IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE SHARPE,
individually and on behalf of
all those similarly situated,

            Plaintiff,

                              Case No: 22-cv-188

v.

STAR PROTECTION AND PATROL LLC,

            Defendant.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

On April 21, 2023, Plaintiff, Lawrence Sharpe, filed an unopposed motion for final approval of a proposed settlement agreement with Defendant, Star Protection and Patrol LLC ("Star Protection"), resolving this action on a class-wide basis. (Dkt. #42.) Star Protection does not oppose the motion. The Court has conditionally certified a collective under the Fair Labor Standards Act and two classes under Federal Rule of Civil Procedure 23. (Dkt. #41.) The Court conducted a fairness hearing on May 12, 2023.

Based on the hearing and on the materials filed by Sharpe in support of his motion for preliminary approval and his motion for final approval, the Court concludes that the proposed settlement agreement is "fair, adequate, and reasonable, and not a product of collusion." *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 279 (7th Cir. 2002) (quotation omitted). Based on these materials, the Court also

concludes that the requirements of Federal Rule of Civil Procedure 23 and the Fair Labor Standards Act regarding certification of class and collective actions have been met. The Court also concludes that Sharpe's request for a $500.00 service award, $11,333.33 in attorney fees, and $1,000.00 in costs is reasonable. At Sharpe's request, the Court agrees to retain jurisdiction over this matter to enforce the terms of the settlement agreement, if necessary. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

As requested in Sharpe's motion, in accordance with the terms of the proposed settlement agreement, the Court will:

- Approve the agreement as fair, reasonable, and adequate.

- Declare the agreement to be binding on Star Protection, Sharpe, and the members of the Final Classes.

- Dismiss with prejudice the released claims of the Final Classes.

- Dismiss without prejudice the claims of the members of the FLSA Collective Class who have failed to consent to opt in to the agreement.

- Award Sharpe a $500.00 service award.

- Award class counsel $11,333.33 in attorney fees and $1,000.00 in litigation and settlement administration costs and expenses.

- Incorporate the agreement into the Court's judgment for the purpose of retaining jurisdiction to enforce the agreement.

## ORDER

IT IS ORDERED that:

1) Sharpe's Unopposed Motion for Final Approval of Collective and Class Action Settlement is GRANTED.

2) This lawsuit is DISMISSED under the terms stated above.

Entered this 12th day of May, 2023.

BY THE COURT

WILLIAM M. CONLEY
District Judge